UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                              Plaintiff

        -against-

ONANDAGA COUNTY SHERIFFS OFFICE,

                              Defendant.

24-CV-6920 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the Court's Order of Dismissal, dated September 16, 2024, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated:    September 18, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge